KC FILED
JAN 0 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 0 4 2008

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Michael L. Kathrein
(Please print)

STREET ADDRESS: 7601 North Eastlake Terrace

CITY/STATE/ZIP: Chicago, IL. 60626

PHONE NUMBER: (773) 761-6000

CASE NUMBER:

EMAIL: leestreet@gmail.com

_____     Jan 2008
Signature                     Date

08CV83
JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER