**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Michael L. Kathrein,
Victori Kathrein
   v.
City of Evanston, Illinois

Case Number: 08 C 83
Judge Ronald Guzman
Magistrate Judge Schenkier

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Evanston, Illinois

| | |
|---|---|
| NAME (Type or print) <br> Jack M. Siegel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jack M. Siegel | |
| FIRM <br> Holland & Knight, LLP | |
| STREET ADDRESS <br> 131 S. Dearborn Street, 30th floor | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 02599988 | TELEPHONE NUMBER <br> (312) 578-6530 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |