## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Michael L. Kathrein and<br>Victoria Kathrein,<br>      Plaintiffs,<br>v.<br><br>City of Evanston, Illinois,<br>      Defendant. | )<br>)<br>)<br>) No.   08 C 83<br>) Honorable Ronald Guzman<br>) Magistrate Judge Sidney Schenkier<br>) Judges Presiding<br>) |

### NOTICE OF MOTION

To:   Michael L. Kathrein
      Victoria Zaytseva
      7601 North Eastlake Terrace
      Chicago, IL 60626-1421

**PLEASE TAKE NOTICE** that on Thursday, January 31, 2008, at 9:30 a.m., or as soon thereafter as Counsel may be heard, I shall appear, on behalf of Defendant City of Evanston, Illinois, before the Honorable Judge Ronald Guzman in Courtroom 1219 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the Court with the attached **Motion for Enlargement of Time to Answer or Otherwise Plead.**

                              Respectfully submitted,

                              City of Evanston,

                              s/ Iain D. Johnston
                              Iain D. Johnston
                              Jack M. Siegel
                              Holland & Knight LLP
                              131 South Dearborn Street
                              30th Floor
                              Chicago, IL  60603
                              (312) 263-3600

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that a true and correct copy of the foregoing Notice of Motion, together with Motion for Enlargement of Time to Answer or Otherwise Plead was served electronically on:

Michael L. Kathrein
Victoria Zaytseva
7601 North Eastlake Terrace
Chicago, IL 60626-1421

on January 22, 2008.

                                                              s/ Iain D. Johnston
                                                                Iain D. Johnston

# 5073038_v1