

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Michael Kathrein,
Victoria Kathrein

V.

City of Evanston

08CV83
JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER

TO: (Name and address of Defendant)

City of Evanston
2100 Ridge Ave
Evanston, IL 60201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Kathrein
Victoria Kathrein
7601 North Eastlake Terrace
Chicago, IL 60626-1421

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN 04 2008

DATE

RECEIVED
CITY CLERK
JAN   2008
EVANSTON, IL

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  JAN 4, 2008 |
| NAME OF SERVER *(PRINT)*  CHERYL SZUCSITS | TITLE  ADMIN ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: CITY CLERKS OFFICE CITY OF EVANSTON, FIRST FLOOR, 2100 RIDGE AVE., EVANSTON IL 60201 — DUPLICATE COPY DELIVERED TO CORPORATION COUNSEL, 4TH FLOOR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FEB 14 2008

FILED
FEB 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 4, 2008
            Date           Signature of Server

7622 N. Eastlake Terrace, 2C
Address of Server  Chicago IL 60626

KATHREIN v. CITY OF EVANSTON   08 C 0083

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.