IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. KATHREIN, <br> VICTORIA KATHREIN, | ) <br> ) <br> ) | 08 C 0083 |
| Plaintiffs, | ) | COMPLAINT |
| | ) | |
| v. | ) | JURY TRIAL DEMAND |
| | ) | |
| CITY OF EVANSTON, ILLINOIS, | ) <br> ) | **JUDGE RONALD GUZMAN** <br> **MAGISTRATE JUDGE SCHENKIER** |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF FILING

To:  Iain D. Johnston
     Holland + Knight LLP
     131 South Dearborn Street - 30th Floor
     Chicago, IL 60603

Please take notice that on the 29th day of February 2008, Michael Kathrein caused to be filed with Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, Chicago, Illinois, this

## RULE 26 (f) CONFERENCE REPORT

which is to be delivered to the Honorable Ronald A. Guzman, or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him, located at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, Court Room 1219, and a copy of which is served upon you.

Respectfully submitted,


/s/ Michael Kathrein
_____
Michael Kathrein
7601 North Eastlake Terrace
Chicago, Illinois 60626
773-761-6000

**MICHAEL W. DOBBINS, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**