## CERTIFICATE OF SERVICE

I hereby certify that we have on this 29th day of February 2008, placed a true and exact copy of the above and foregoing

**RULE 26 (f) CONFERENCE REPORT**

in the U. S. Mail, first class postage, prepaid, addressed to:

Iain D. Johnston
Holland + Knight LLP
131 South Dearborn Street - 30th Floor
Chicago, IL 60603
*Attorneys for the Defendant*

          /s/ Michael Kathrein
          _____
          Michael Kathrein, Plaintiff, *pro se*
          7601 North Eastlake
          Chicago, IL 60626
          (773) 761-6000
          (773) 465-7755 fax
          leestreet@gmail.com