# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. KATHREIN,<br>VICTORIA KATHREIN, | )<br>)     08 C 0083<br>) |
| Plaintiffs, | )     **FIRST AMENDED COMPLAINT**<br>) |
| v. | )     **JURY TRIAL DEMAND**<br>) |
| CITY OF EVANSTON, ILLINOIS, *et.al.* | )     **JUDGE RONALD GUZMAN**<br>)     **MAGISTRATE JUDGE SCHENKIER** |
| Defendants. | ) |

**NOTICE OF FILING**

To:   Iain D. Johnston
      Holland + Knight LLP
      131 South Dearborn Street - 30th Floor
      Chicago, IL 60603

Please take notice that on the 4th day of March 2008, Michael Kathrein caused to be filed with Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, Chicago, Illinois, this

PLAINTIFFS' FIRST AMENDED COMPLAINT
*and* JURY TRIAL DEMAND

which is to be delivered to the Honorable Ronald A. Guzman, or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him, located at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, Court Room 1219, and a copy of which is served upon you.

Respectfully submitted,


/s/ Michael Kathrein
_____
Michael Kathrein
7601 North Eastlake Terrace
Chicago, Illinois 60626
773-761-6000
773-465-7755


**MICHAEL W. DOBBINS, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March 2008, I personally hand-delivered a true and exact copy of the following:

**FIRST AMENDED COMPLAINT**
**JURY TRIAL DEMAND**
**Federal Rule of Civil Procedure 38(b)**

to:

Iain D. Johnston
Holland & Knight LLP
*Attorney for Defendants City of Evanston, et.al.*
131 South Dearborn Street - 30th Floor
Chicago, IL 60603
(312)263-3600


/s/ Michael L. Kathrein
_____
Michael L. Kathrein