IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael L. Kathrein and<br>Victoria Kathrein,<br>        Plaintiffs,<br>v.<br><br>City of Evanston, Illinois,<br>        Defendant. | )<br>)<br>)<br>) No.   08 C 83<br>) Honorable Ronald Guzman<br>) Magistrate Judge Sidney Schenkier<br>) Judges Presiding<br>) |

**NOTICE OF MOTION**

To:   Michael L. Kathrein
       Victoria Zaytseva
       7601 North Eastlake Terrace
       Chicago, IL 60626-1421

**PLEASE TAKE NOTICE** that on Tuesday, March 18, 2008, at 9:30 a.m., or as soon thereafter as Counsel may be heard, I shall appear, on behalf of Defendant City of Evanston, Illinois, before the Honorable Judge Ronald Guzman in Courtroom 1219 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the Court with the attached **Defendants' Motion for Extension of Time to File Responsive Pleadings and/or Motion.**

                                              Respectfully submitted,

                                              City of Evanston,

                                              s/ Iain D. Johnston
                                              Iain D. Johnston
                                              Jack M. Siegel
                                              Holland & Knight LLP
                                              131 South Dearborn Street
                                              30th Floor
                                              Chicago, IL  60603
                                              (312) 263-3600

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Notice of Motion**, together with **Defendants' Motion for Extension of Time to File Responsive Pleadings and/or Motion** was served by U.S. Mail and electronically on:

Michael L. Kathrein
Victoria Zaytseva
7601 North Eastlake Terrace
Chicago, IL 60626-1421

On March 13, 2008.

                                                     s/ Iain D. Johnston
                                                   Iain D. Johnston

# 5197848_v1