IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael L. Kathrein and<br>Victoria Kathrein,<br>        Plaintiffs,<br>v.<br><br>City of Evanston, Illinois,<br>        Defendant. | )<br>)<br>)<br>) No.   08 C 83<br>) Honorable Ronald Guzman<br>) Magistrate Judge Sidney Schenkier<br>) Judges Presiding<br>) |

**NOTICE OF FILING CHANGE OF ADDRESS**

To:    Michael L. Kathrein
        Victoria Zaytseva
        7601 North Eastlake Terrace
        Chicago, IL 60626-1421

PLEASE TAKE NOTICE that effective April 1, 2008, the address of Iain D. Johnston will be:

        IAIN D. JOHNSTON
        Johnston Greene LLC
        542 S. Dearborn Street
        Suite 1310
        Chicago, IL 60605
        312/341-3900
        FAX:  312/341-0700
        E-mail:  ijohnston@johnstongreene.com

        _____
        IAIN D. JOHNSTON

Iain D. Johnston
Holland & Knight LLP
131 S. Dearborn Street
Chicago, IL 60603
312/578-6577

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing Notice of Change of Address was served via United States First Class Mail, proper postage prepaid on:

Michael L. Kathrein
Victoria Zaytseva
7601 North Eastlake Terrace
Chicago, IL 60626-1421

on March 31, 2008.

                                                            s/ Iain D. Johnston
                                                            Iain D. Johnston

\# 5234893_v1