IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. KATHREIN and VICTORIA KATHREIN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF EVANSTON, ILLINOIS, et al., <br><br> Defendants. | ) ) ) ) ) Case No. 08 C 0083 ) ) Judge Ronald Guzman ) Magistrate Judge Schenkier ) ) ) ) |

## NOTICE OF FILING

To: Michael Kathrein
Victoria Kathrein
7601 North Eastlake Terrace
Chicago, IL 60626

    PLEASE TAKE NOTICE that on April 14, 2008, I filed **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT**, through the CM/ECF system and I hereby certify that I have mailed by United States Postal Service said pleading to the parties listed on the Certificate of Service.

Respectfully submitted by:

By: s/ Iain D. Johnston
    Attorney for Defendants

Iain Johnston
Johnston Greene LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
Phone: (312) 341-3900
Fax: (312) 341-0700

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2008, I served the following document:

**ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT**

To:

Michael Kathrein
Victoria Kathrein
7601 North Eastlake Terrace
Chicago, IL 60626

                                                  s/ Iain D. Johnston