IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. KATHREIN and VICTORIA KATHREIN, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CITY OF EVANSTON, ILLINOIS, et al., )<br><br>Defendants. ) | Case No. 08 C 0083<br><br>Judge Ronald Guzman<br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

To:   Michael Kathrein
      Victoria Kathrein
      7601 North Eastlake Terrace
      Chicago, IL 60626

   **PLEASE TAKE NOTICE** that the undersigned shall appear on April 17, 2008 at 9:30 a.m., before the Honorable Judge Ronald Guzman in Room 1219 of the U.S.D.C. Northern District of Illinois, Eastern Division, 131 S. Dearborn Street, Chicago, Illinois, and present **DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION**, and I hereby certify that I have mailed a copy of said pleading by United States Postal Service to the parties listed on the Certificate of Service.

                              Respectfully submitted by:

                              By: s/ Iain D. Johnston
                                  Attorney for Defendants

Iain Johnston
Johnston Greene LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
Phone: (312) 341-3900
Fax: (312) 341-0700

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2008, I served the following documents:

**DEFENDANTS' MOTION TO DISMISS FOR LACK OF JURISDICTION** and **NOTICE OF MOTION** upon:

>Michael Kathrein
>Victoria Kathrein
>7601 North Eastlake Terrace
>Chicago, IL 60626

>s/ Iain D. Johnston