# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
MICHAEL L. KATHREIN and VICTORIA KATHREIN on behalf of herself and all others similarly situated.  
v.  
CITY OF EVANSTON et al.

Case Number: 08 C 0083

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VICTORIA KATHREIN

| | |
|---|---|
| NAME (Type or print) ADRIAN M. VUCKOVICH | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ ADRIAN M. VUCKOVICH | |
| FIRM COLLINS BARGIONE & VUCKOVICH | |
| STREET ADDRESS ONE NORTH LA SALLE STREET - SUITE 300 | |
| CITY/STATE/ZIP CHICAGO, ILLINOIS 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6207978 | TELEPHONE NUMBER 312-372-7813 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |