IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. KATHREIN *and* <br> VICTORIA KATHREIN, on behalf <br> of herself and all others <br> similarly situated, <br><br>   Plaintiffs, <br><br> v. <br><br> CITY OF EVANSTON, ILLINOIS, <br> LORRAINE H. MORTON, Mayor, <br> CHERYL WOLLIN, <br> 1st Ward Alderman, City Council, <br> LIONEL JEAN-BAPTISTE, <br> 2nd Ward Alderman, City Council, <br> MELISSA A. WYNNE, <br> 3rd Ward Alderman, City Council, <br> STEVEN J. BERNSTEIN, <br> 4th Ward Alderman, City Council, <br> DELORES A. HOLMES, <br> 5th Ward Alderman, City Council, <br> EDMUND B. MORAN, Jr., <br> 6th Ward Alderman, City Council, <br> ELIZABETH B. TISDAHL, <br> 7th Ward Alderman, City Council, <br> ANN RAINEY, <br> 8th Ward Alderman, City Council, <br> ANJANA HANSEN, <br> 9th Ward Alderman, City Council, <br><br>   Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 08 C 0083 <br><br><br><br> **PLAINTIFF'S MOTION FOR <br> CLASS CERTIFICATION** <br><br><br> **JUDGE RONALD A. GUZMAN <br> MAGISTRATE JUDGE SCHENKIER** |

**PLAINTIFF VICTORIA KATHREIN'S
<u>MOTION FOR CLASS CERTIFICATION</u>**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiff Victoria Kathrein moves the Court for an Order certifying this case as a class action. The class is defined as: (i) all persons in the State of Illinois or any other State, and (ii) who own or did own parcel(s)

of real estate within the municipality of Evanston, Illinois, and (iii) which parcel(s) is or was improved with a residential structure, (iv) on or subsequent to June 4, 2007.

In support of this motion, plaintiff submits that all of the requirements of Rule 23(a) and Rule 23(b) have been met. A discussion of each of the class certification prerequisites, and how they are met in this case, is set forth in plaintiff's Memorandum in Support of Plaintiff's Motion for Class Certification.

Wherefore, plaintiff Victoria Kathrein request that this action be certified as a class action, that she be appointed as the class representative and that her counsel be appointed as class counsel.

Respectfully submitted,

Dated: April 1, 2008

/s/ Adrian M. Vuckovich
_____
Adrian M. Vuckovich
Collins & Bargione
One North LaSalle St. – Suite 2235
312-372-7813
312-372-7840 fax

2