IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. KATHREIN *and* VICTORIA KATHREIN, on behalf of herself and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 0083 |
| v. | ) ) | |
| CITY OF EVANSTON, ILLINOIS, LORRAINE H. MORTON, Mayor, CHERYL WOLLIN, 1st Ward Alderman, City Council, LIONEL JEAN-BAPTISTE, 2nd Ward Alderman, City Council, MELISSA A. WYNNE, 3rd Ward Alderman, City Council, STEVEN J. BERNSTEIN, 4th Ward Alderman, City Council, DELORES A. HOLMES, 5th Ward Alderman, City Council, EDMUND B. MORAN, Jr., 6th Ward Alderman, City Council, ELIZABETH B. TISDAHL, 7th Ward Alderman, City Council, ANN RAINEY, 8th Ward Alderman, City Council, ANJANA HANSEN, 9th Ward Alderman, City Council, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** **JUDGE RONALD A. GUZMAN** **MAGISTRATE JUDGE SCHENKIER** |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To:   Iain D. Johnston
      Holland + Knight LLP
      131 South Dearborn Street
      30th Floor
      Chicago, Illinois 60603

PLEASE TAKE NOTICE THAT ON THE 29th DAY OF APRIL 2008, at 9:30 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald A. Guzman, in Courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division 219 South Dearborn Street, Chicago, Illinois to present individual Plaintiff Victoria Kathrein's Motion for Class Certification, a copy of which is attached and hereto served upon you.

s/Adrian M. Vuckovich

Adrian Vuckovich
Collins Bargione & Vuckovich
One North LaSalle Street
Suite 300
Chicago, Illinois 60602
312-372-7813
312-372-7813

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

The undersigned certifies that she caused to be served the foregoing Notice of Motion by electronic filing with the United States District Court for the Northern District of Illinois, Eastern division before the hour of 5:00 p.m. on this 14th Day of APRIL, 2006.

s/Judy Sorrentino