IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. KATHREIN *and* VICTORIA KATHREIN, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF EVANSTON, ILLINOIS, LORRAINE H. MORTON, Mayor, CHERYL WOLLIN, 1st Ward Alderman, City Council, LIONEL JEAN-BAPTISTE, 2nd Ward Alderman, City Council, MELISSA A. WYNNE, 3rd Ward Alderman, City Council, STEVEN J. BERNSTEIN, 4th Ward Alderman, City Council, DELORES A. HOLMES, 5th Ward Alderman, City Council, EDMUND B. MORAN, Jr., 6th Ward Alderman, City Council, ELIZABETH B. TISDAHL, 7th Ward Alderman, City Council, ANN RAINEY, 8th Ward Alderman, City Council, ANJANA HANSEN, 9th Ward Alderman, City Council,<br><br>　　　　Defendants. | 08 C 0083<br><br><br><br><br><br>**JUDGE RONALD A. GUZMAN**<br>**MAGISTRATE JUDGE SCHENKIER** |

<u>**NOTICE OF FILING**</u>

TO:　**Iain D. Johnston**
　　　Holland &Knight, LLP
　　　131 South Dearborn Street
　　　30th Floor
　　　Chicago, Illinois 606063

PLEASE TALE NOTICE that on the 14th Day of April, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff Victoria Kathrein's Memorandum in Support of Plaintiff Victoria Kathrein's Motion for Class Certification, a copy of which is attached.

By: s/s   Adrian M. Vuckovich
Attorney for Plaintiff Victoria Kathrein

ADRIAN VUCKOVICH
JAMES J. LESSMEISTER
COLLINS BARGIONE & VUCKOVICH
ONE NORTH LA SALLE STREET
SUITE 300
CHICAGO, ILLINOIS 60602
312-372-7813

## CERTIFICATE OF SERVICE

The undersigned certified that she caused to be served the foregoing Notice of Filing of Plaintiff's Memorandum in Support of Plaintiff Victoria Kathrein's Motion for Class Certification by electronic filing with the United States District Court for the Northern District of Illinois, Eastern Division before the hour of 5:00 p.m. on this 14th Day of April, 2006.

s/s    Judy Sorrentino