## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. KATHREIN *and* | ) | |
| VICTORIA KATHREIN, on behalf | ) | |
| of herself and all others | ) | |
| similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | **08 C 0083** |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF EVANSTON, ILLINOIS, | ) | **PLAINTIFF'S MOTION FOR** |
| LORRAINE H. MORTON, Mayor, | ) | **CLASS CERTIFICATION** |
| CHERYL WOLLIN, | ) | |
| 1st Ward Alderman, City Council, | ) | |
| LIONEL JEAN-BAPTISTE, | ) | |
| 2nd Ward Alderman, City Council, | ) | **JUDGE RONALD A. GUZMAN** |
| MELISSA A. WYNNE, | ) | **MAGISTRATE JUDGE SCHENKIER** |
| 3rd Ward Alderman, City Council, | ) | |
| STEVEN J. BERNSTEIN, | ) | |
| 4th Ward Alderman, City Council, | ) | |
| DELORES A. HOLMES, | ) | |
| 5th Ward Alderman, City Council, | ) | |
| EDMUND B. MORAN, Jr., | ) | |
| 6th Ward Alderman, City Council, | ) | |
| ELIZABETH B. TISDAHL, | ) | |
| 7th Ward Alderman, City Council, | ) | |
| ANN RAINEY, | ) | |
| 8th Ward Alderman, City Council, | ) | |
| ANJANA HANSEN, | ) | |
| 9th Ward Alderman, City Council, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PLAINTIFF VICTORIA KATHREIN'S
### MOTION FOR LEAVE TO FILE *INSTANTER* AN
### AMENDED AND SUBSTITUTED MEMORANDUM IN SUPPORT OF HER
### MOTION FOR CLASS CERTIFICATION

Comes Victoria Kathrein, through her counsel, Adrian Vuckovich and James J.

Lessmeister of Collins Bargione & Vuckovich, and for her Motion for Leave to File an Amended

and Substituted Memorandum in Support of Plaintiff Victoria Kathrein's Motion for Class Certification states as follows:

1.     On April 14, 2008, Victoria Kathrein filed her Motion for Class Certification and supporting Memorandum. See Document 34.

2.     Upon review of the Memorandum, we ask for leave to submit the more cogent and complete Amended and Substituted Memorandum which is attached hereto as Exhibit A.

3.     The Amended Memorandum will have Victoria Kathrein's declaration. There are minor changes to foot note 2 to the Memorandum and minor grammatical changes. There is no declaration from Adrian Vuckovich and reference to such has been deleted in the Amended and Substituted Memorandum.

4.     There is no prejudice to the Defendants for the presentment of the motion is not until Tuesday, April 29, 2008.

Wherefore, plaintiff Victoria Kathrein request that she be granted leave to file *instanter* her Amended and Substituted Memorandum in support of her Motion for Class Certification.

Respectfully submitted,

Dated:  April 23, 2008

/s/ Adrian M. Vuckovich

Adrian M. Vuckovich
Collins & Bargione
One North LaSalle St. – Suite 2235
312-372-7813
312-372-7840 fax