IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. KATHREIN *and* <br> VICTORIA KATHREIN, on behalf <br> of herself and all others similarly situated, <br> <br> Plaintiffs, <br> v. <br> <br> CITY OF EVANSTON, ILLINOIS, <br> LORRAINE H. MORTON, Mayor, <br> CHERYL WOLLIN, <br> 1st Ward Alderman, City Council, <br> LIONEL JEAN-BAPTISTE, <br> 2nd Ward Alderman, City Council, <br> MELISSA A. WYNNE, <br> 3rd Ward Alderman, City Council, <br> STEVEN J. BERNSTEIN, <br> 4th Ward Alderman, City Council, <br> DELORES A. HOLMES, <br> 5th Ward Alderman, City Council, <br> EDMUND B. MORAN, Jr., <br> 6th Ward Alderman, City Council, <br> ELIZABETH B. TISDAHL, <br> 7th Ward Alderman, City Council, <br> ANN RAINEY, <br> 8th Ward Alderman, City Council, <br> ANJANA HANSEN, <br> 9th Ward Alderman, City Council, <br> <br> Defendants. | 08 C 0083 <br> <br> **PLAINTIFF'S MOTION FOR** <br> **CLASS CERTIFICATION** <br> <br> **JUDGE RONALD A. GUZMAN** <br> **MAGISTRATE JUDGE SCHENKIER** |

## NOTICE OF MOTION

To:  Iain D. Johnston
     Holland + Knight LLP
     131 South Dearborn Street - 30th Floor
     Chicago, IL 60603

Please take notice that on the 29th day of April 2008, at 9:30am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald A. Guzman, in courtroom 1219 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago Illinois, to present individual **Plaintiff Victoria Kathrein's Motion for Leave to file Instanter an Amended and Substituted Memorandum in Support of her Motion for Class Certification**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

/s/ Adrian M. Vuckovich
_____
Adrian M. Vuckovich
Collins & Bargione
One North LaSalle St. – Suite 2235
312-372-7813
312-372-7840 fax

STATE OF ILLINOIS )
                                        )SS.
COUNTY OF COOK )

The undersigned certifies that she caused to be served the foregoing Notice of Motion by electronic filing with the United States District Court for the Northern District of Illinois, Eastern Division before the hour of 5:00 p.m. on this 23rd Day of April, 2008.

s/Judy Sorrentino