UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Michael L Kathrein, et al.
                    Plaintiff,

v.                              Case No.: 1:08−cv−00083
                                Honorable Ronald A. Guzman

City of Evanston, Illinois, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 4/29/2008. Motion by Defendants City of Evanston, Illinois, Lorraine H., Morton, Cheryl Wollin, Steven J. Bernstein, Delores A. Holmes, Lionel Jean−Baptiste, Melissa A. Wynne, Edmund B. Moran, Elizabeth B. Tisdahl, Ann Rainey, Anjana Hansen to dismiss for lack of jurisdiction motion to dismiss for lack of jurisdiction [28] is stricken without prejudice. Motion by Plaintiff for Leave to File Instanter an Amended and Substituted Memorandum in Support of Her Motion for Class Certification ([37] is granted. Set deadlines as to Plaintiff's motion to certify class [32]: Response due by 5/20/2008. Reply due by 6/3/2008. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.