Here, typicality is inherent in the class definition, *i.e.*, each of the class members were subject to the same Ordinance and thus, to the same violations of the Constitution as was plaintiff Kathrein. The typicality requirement of Rule 23(a)(3) is well satisfied.

D.  **Rule 23(A)(4) – Adequacy of Representation**

Rule 23 of the Federal Rules of Civil Procedure also requires that the named plaintiffs provide fair and adequate protection for the interests of the class. That protection involves two factors: (1) whether plaintiff's counsel is qualified, experienced, and generally able to conduct the proposed litigation, and (2) whether the plaintiffs have interests antagonistic to those of the class. *Retired Chicago Police Ass'n v. City of Chicago*, 7 F.3d 584, 598 (7th Cir. 1993); *Secretary of Labor v. Fitzsimmons*, 805 F.2d 682, 697 (7th Cir. 1986); *Susman v. Lincoln American Corp.*, 561 F.2d 86, 90 (7th Cir. 1977).

Plaintiff Kathrein understands her responsibilities as the class representative. See Declaration of Victoria Kathrein in Support of Plaintiff's Motion for Class Certification, filed separately. She is represented by experienced counsel whose qualifications are set forth in the Declaration of Adrian M. Vuckovich in Support of Plaintiff's Motion for Class Certification, filed separately.

The second relevant consideration under Rule 23(a)(4) is whether the interests of the named plaintiffs are coincident with the general interests of the class. Kathrein and the class members seek monetary damages and injunctive relief, as well as a declaratory judgment that defendants' violated certain rights guaranteed to them by both the United States and Illinois Constitutions. Given the identical nature of the claims between Kathrein and the class members, there is no potential for conflicting interests in this


EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. KATHREIN *and* VICTORIA KATHREIN, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF EVANSTON, ILLINOIS,<br>LORRAINE H. MORTON, Mayor,<br>CHERYL WOLLIN,<br>1st Ward Alderman, City Council,<br>LIONEL JEAN-BAPTISTE,<br>2nd Ward Alderman, City Council,<br>MELISSA A. WYNNE,<br>3rd Ward Alderman, City Council,<br>STEVEN J. BERNSTEIN,<br>4th Ward Alderman, City Council,<br>DELORES A. HOLMES,<br>5th Ward Alderman, City Council,<br>EDMUND B. MORAN, Jr.,<br>6th Ward Alderman, City Council,<br>ELIZABETH B. TISDAHL,<br>7th Ward Alderman, City Council,<br>ANN RAINEY,<br>8th Ward Alderman, City Council,<br>ANJANA HANSEN,<br>9th Ward Alderman, City Council,<br><br>　　　　Defendants. | 08 C 0083<br><br><br>PLAINTIFF'S MOTION FOR<br>CLASS CERTIFICATION<br><br><br><u>JUDGE RONALD A. GUZMAN</u><br><u>MAGISTRATE JUDGE SCHENKIER</u> |

**PLAINTIFF VICTORIA KATHREIN'S**
**MOTION FOR LEAVE TO FILE *INSTANTER* AN**
**AMENDED AND SUBSTITUTED MEMORANDUM IN SUPPORT OF HER**
**MOTION FOR CLASS CERTIFICATION**

Comes Victoria Kathrein, through her counsel, Adrian Vuckovich and James J.

Lessmeister of Collins Bargione & Vuckovich, and for her Motion for Leave to File an Amended


EXHIBIT 12

and Substituted Memorandum in Support of Plaintiff Victoria Kathrein's Motion for Class Certification states as follows:

1. On April 14, 2008, Victoria Kathrein filed her Motion for Class Certification and supporting Memorandum. See Document 34.

2. Upon review of the Memorandum, we ask for leave to submit the more cogent and complete Amended and Substituted Memorandum which is attached hereto as Exhibit A.

3. The Amended Memorandum will have Victoria Kathrein's declaration. There are minor changes to foot note 2 to the Memorandum and minor grammatical changes. There is no declaration from Adrian Vuckovich and reference to such has been deleted in the Amended and Substituted Memorandum.

4. There is no prejudice to the Defendants for the presentment of the motion is not until Tuesday, April 29, 2008.

Wherefore, plaintiff Victoria Kathrein request that she be granted leave to file *instanter* her Amended and Substituted Memorandum in support of her Motion for Class Certification.

Respectfully submitted,

Dated: April 23, 2008

/s/ Adrian M. Vuckovich

Adrian M. Vuckovich
Collins & Bargione
One North LaSalle St. – Suite 2235
312-372-7813
312-372-7840 fax

 **LexisNexis**

Sign In | Contact Us | Global

# martindale.com®
Premier Destination for Sophisticated Buyers of Legal Services

| Home | Find Lawyers & Law Firms | Search Legal Topics | Professional Resources | News & Events | About Martindale-Hubbell |

Home > Law Firm Profile > People > Lawyer Profile

## Adrian M. Vuckovich - Lawyer Profile

**About This Firm**

Overview

**People**

Practice Areas & Industries

Offices

**Adrian M. Vuckovich**
Member

Collins & Bargione
One North LaSalle Street
Suite 2235
Chicago, Illinois 60602
(Cook Co.)

Telephone: 312-372-7813
Fax: 312-372-7840

### Experience & Credentials

| | |
|---|---|
| **Practice Areas** | Litigation |
| **Education** | Loyola University, J.D., 1991, University of Wisconsin at Madison, B.A., with distinction, History/International Relations, 1987 |
| **Admitted** | 1991, Illinois and U.S. District Court, Northern District of Illinois; 1993, U.S. Court of Appeals, Seventh Circuit |
| **Memberships** | Chicago and Illinois State Bar Associations. |
| **Born** | Chicago, Illinois, 1965 |
| **Biography** | Recipient, Best Petitioner's Brief Award, Niagara Moot Court Team, 1990. Judicial Conference Symposium Editor, Loyola Law Journal, 1990-1991. Author: "Diminskis v. CTA: Circumventing Expert Witness Discovery," Vol. 21:3 Loyola Law Journal. |
| **ISLN** | 901639729 |

New Search

**Add lawyer to My Martindale Network**

As a registered user of martindale.com you can add lawyers to your Martindale Network. You can securely add comments, compare lawyers in your network, and access these lawyers with one click from your martindale.com homepage.

Learn More

Add to My Network

**Compare this Lawyer**
Compare this lawyer to other lawyers in your Martindale Network.

Compare Lawyers

Download to My Outlook Contacts
E-mail This Page
Printer Friendly Version

Lawyers.com | LawyerLocator.co.uk | Anwalt24.de | martindale.co.il | martindale.jp | findalawyer.cn | law24.co.za

About LexisNexis | About Martindale-Hubbell | Law Firms | Lawyers | RSS | Blogs | Site Map | Contact Us
Terms & Conditions | Copyright 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**EXHIBIT 13**

http://www.martindale.com/Adrian-M-Vuckovich/915802-lawyer.htm    5/18/2008

Case 1:08-cv-00083    Document 41-4    Filed 05/20/2008    Page 5 of 7



Sign In | Contact Us | Global

# martindale.com®
Premier Destination for Sophisticated Buyers of Legal Services

| Home | Find Lawyers & Law Firms | Search Legal Topics | Professional Resources | News & Events | About Martindale-Hubbell |

Home > Law Firm Profile > People > Lawyer Profile

## James J. Lessmeister - Lawyer Profile

**About This Firm**

Overview

People

Practice Areas & Industries

Offices

**James J. Lessmeister**
*Associate*

Collins & Bargione
One North LaSalle Street
Suite 2235
Chicago, Illinois 60602
(Cook Co.)

Telephone: 312-372-7813
Fax: 312-372-7840

**Experience & Credentials**

| | |
|---|---|
| **Practice Areas** | Civil Litigation |
| **Education** | University of Arkansas at Little Rock, J.D., 1993, Illinois State University, B.S., 1989 |
| **Admitted** | 1994, Arkansas; 2002, Illinois |
| **Born** | Chicago, Illinois, 1967 |
| **ISLN** | 909623140 |

New Search

**Add lawyer to My Martindale Network**

As a registered user of *martindale.com* you can add lawyers to your Martindale Network. You can securely add comments, compare lawyers in your network, and access these lawyers with one click from your *martindale.com* homepage.

Learn More

Add to My Network

**Compare this Lawyer**
Compare this lawyer to other lawyers in your Martindale Network.

Compare Lawyers

Download to My Outlook Contacts
E-mail This Page
Printer Friendly Version

Lawyers.com | LawyerLocator.co.uk | Anwalt24.de | martindale.co.il | martindale.jp | findalawyer.cn | law24.co.za

About LexisNexis | About Martindale-Hubbell | Law Firms | Lawyers | RSS | Blogs | Site Map | Contact Us
Terms & Conditions | Copyright 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

lawyers.com℠ | Find a Lawyer | Research Legal Information | Ask a Lawyer | Blogs | Contact Lawyers at attorneys.com | Community

## Collins & Bargione Profile

Your access to and use of the information displayed on lawyers.com is subject to Terms and Conditions.

Email this listing

### Collins & Bargione

Law Firm in Chicago, Illinois



**Location**
One North LaSalle Street
Suite 2235
Chicago, Illinois 60602
(Cook Co.)
View Map

**Contact Information**
Phone: **312-372-7813**
Fax: 312-372-7840

**Send Us Email**
Email

(Main Office)

**Collins & Bargione practices in the following areas of law:**
General Trial and Appellate Practice in all State and Federal Courts. Corporate, Criminal and Civil RICO, Criminal, Professional Discipline, Securities, Probate, Medical Malpractice, Legal Malpractice, Commercial and Real Estate Litigation, Banking Law and Federal Practice.

**Year Established:** 1957

**Firm Size:** 5

**Clients:**
COUNSEL FOR: Chatham Corporation; Altair Corporation; Harvest Industries, Inc.; E & W Railroad Co.

**MEMBERS OF FIRM**

George B. Collins (Member) born Kansas City, Missouri, 1931; admitted to bar, 1953, Arkansas; 1955, Illinois; 1970, U.S. Tax Court; 1972, U.S. Supreme Court; 1982, U.S. District Court, Northern District of Illinois, Trial Bar; U.S. District Court, Eastern District of Arkansas; U.S. District Court, Eastern District of Wisconsin; U.S. Court of Appeals, Second, Seventh, Eighth and Ninth Circuits. **Education:** Arkansas A. & M. College (B.S., 1952); University of Arkansas (LL.B., 1954). Omicron Delta Kappa. Associate Editor, Arkansas Law Review, 1951-1952. Author: "Usury," 8 Arkansas Law Review, September, 1954. Teaching Associate, Northwestern University School of Law, 1954-1955. Co-Author: "Defending White Collar Crimes," Practicing Law Institute, 1976; "White Collar Crimes: Defense Strategies," Practicing Law Institute, 1977; "White Collar Crimes," Practicing Law Institute, 1978; "White Collar Crimes," Practicing Law Institute, 1980. **Member:** Chicago (Member, 1955-1978, Vice Chairman, 1967 and Chairman, 1968, Committee on Legal Education; Member, Committee on Professional Fees, 1966—; Vice Chairman, 1973; 1974-1975; Chairman, 1975, Member, Committees on: Environmental Law, 1973; Circuit Court Operations, 1976—; Member, 1976-1986, Vice Chairman, 1979-1980; 1981— and Chairman, 1980-1981, Lawyers Referral Plan Committee), Illinois State, Arkansas and American Bar Associations; Association of Professional Responsibility Lawyers; American Trial Lawyers Association; Illinois Trial Lawyers Association. **Practice Areas:** Attorney Discipline; Legal Malpractice; Civil Litigation; Criminal Litigation. Email: George B. Collins

Christopher Bargione (Member) born Franklin Square, New York, 1958; admitted to bar, 1983, Illinois; 1985, U.S. District Court, Northern District of Illinois; 1990, U.S. Court of Appeals, Seventh Circuit. **Education:** St. John's University (B.A., 1980); John Marshall Law School (J.D., summa cum laude, 1983). **Member:** Chicago and Illinois State Bar Associations. **Practice Areas:** Probate; General Litigation; Real Estate; Discrimination; Medical Malpractice; Products Liability; Commercial Litigation.

Adrian M. Vuckovich (Member) born Chicago, Illinois, 1965; admitted to bar, 1991, Illinois and U.S. District Court, Northern District of Illinois; 1993, U.S. Court of Appeals, Seventh Circuit. **Education:** University of Wisconsin at Madison (B.A., with distinction, History and International Relations, 1987); Loyola University (J.D., 1991). Recipient, Best Petitioner's Brief Award. Niagara Moot Court Team, 1990. Judicial Conference Symposium Editor, Loyola Law Journal, 1990-1991. Author: "Diminskis v. CTA: Circumventing Expert Witness Discovery," Vol. 21:3 Loyola Law Journal. **Member:** Chicago and Illinois State Bar Associations. **Practice Areas:** Litigation.

**ASSOCIATE**

**James J. Lessmeister** (Associate) born Chicago, Illinois, 1967; admitted to bar, 1994, Arkansas; 2002, Illinois. **Education:** Illinois State University (B.S., 1989); University of Arkansas at Little Rock (J.D., 1993). **Practice Areas:** Civil Litigation.

**OF COUNSEL**

**Theresa Gronkiewicz** (Of Counsel) born Chicago, Illinois, 1956; admitted to bar, 1982, Illinois and U.S. District Court, Northern District of Illinois; 1986, U.S. Court of Appeals, 7th Circuit. **Education:** University of Illinois at Chicago (B.A., 1978); John Marshall Law School (J.D., 1982). Phi Alpha Delta. Former Senior Counsel, The Attorney Registration and Disciplinary Commission. **Member:** DuPage County, Chicago, Illinois State and American Bar Associations; Association of Professional Responsibility Lawyers. **Practice Areas:** Attorney Discipline/Professional Responsibility; Civil Litigation.

Top of Page

Find a Lawyer | Research Legal Information | Ask a Lawyer | Blogs | Contact Lawyers at attorneys.com | Community



**LexisNexis Martindale-Hubbell Lawyers.com is the most complete, trusted source for identifying qualified legal counsel.**
Disclaimer: The information provided on Lawyers.com is not legal advice, Lawyers.com is not a lawyer referral service, and no attorney-client or confidential relationship is or should be formed by use of the site. The attorney listings on Lawyers.com are paid attorney advertisements and do not in any way constitute a referral or endorsement by Lawyers.com or any approved or authorized lawyer referral service. Your access to and use of this site is subject to additional Terms and Conditions.

Martindale.com | Canada | attorneys.com | LawyerLocator.co.uk | www.findalawyer.cn (China) | www.law24.co.za (South Africa) | www.martindale.jp (Japan) | anwalt24.de (German) | martindale.co.il (Israel) | Lexis Nexis | lexisONE Free Case Law

Help | Site Map | About Us | Press Room | Info for Lawyers | Contact Us | Home | Index Map
©2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.