**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL L. KATHREIN and VICTORIA KATHREIN, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 0083 |
| v. | ) ) | Judge Ronald Guzman |
| | ) | Magistrate Judge Schenkier |
| CITY OF EVANSTON, ILLINOIS, et al., | ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:   Michael Kathrein
      Victoria Kathrein
      7601 North Eastlake Terrace
      Chicago, IL 60626

     **PLEASE TAKE NOTICE** that on May 20, 2008, I filed **DEFENDANTS' MEMORANDUM IN OPPOSITION TO AMENDED AND SUBSTITUTED MEMORANDUM IN SUPPORT OF PLAINTIFF VICTORIA KATHREIN'S MOTION FOR CLASS CERTIFCIATION**, through the CM/ECF system and I hereby certify that I have mailed by United States Postal Service said pleading to the parties listed on the Certificate of Service.

                                     Respectfully submitted by:

                                  By:   s/ Iain D. Johnston
                                        Attorney for Defendants

Iain Johnston
Johnston Greene LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
Phone: (312) 341-3900
Fax: (312) 341-0700


## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **NOTICE OF FILING** together with **DEFENDANTS' MEMORANDUM IN OPPOSITION TO AMENDED AND SUBSTITUTED MEMORANDUM IN SUPPORT OF PLAINTIFF VICTORIA KATHREIN'S MOTION FOR CLASS CERTIFCIATION** were served electronically on:

> Michael Kathrein
> Victoria Kathrein
> 7601 North Eastlake Terrace
> Chicago, IL 60626

on May 20, 2008 via the court's CM/ECF system and by U.S. Mail.

<div style="text-align:right">s/ Iain D. Johnston</div>