# United States District Court
# Northern District of Illinois

Mag. J. Brown MHN

In the Matter of

Kathrein

v.

City of Evanston

08cv83

Case No. 08 C 83

Assigned Judge
Ronald A. Guzman

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT TO ANOTHER MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to another magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

Sidney I. Schenkier

Magistrate Judge Schenkier

Dated: May 20, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual magistrate judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

James F. Holderman

Chief Judge James F. Holderman

Dated: MAY 21 2008

☐ IOP 14 — I recuse myself from this case which was assigned to my calendar pursuant to Local Criminal Rule 5.1 or 50.3(B) for the reasons specifically set forth below:

■ IOP 14(B) — I recuse myself from this case for the reasons more specifically set forth below:

Reasons for recusal under Rule 2.41G:

Judge Schenkier meets the requirements to be part of the class.

---

☐ Two or more recusals have been entered in this case. The initial recusal was by Magistrate Judge ____ .

☐IOP 13(F)2(a) — I recuse myself from this case because a relative works for a law firm which represents one of the parties to this case.

☐IOP 13(F)2(b) — I recuse myself from this case because one of the parties is represented by a law firm which I was associated with during the past five years.

☐ The reason for the recusal having been made under Internal Operating Procedure 13, it is requested that in lieu of a replacement case this matter be made part of the equalization of cases provided for under Internal Operating Procedure 11(B).

U.S. DISTRICT COURT

2008 MAY 28 AM 9:44

FILED

