IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Michael Kathrein *and* <br> Victoria Kathrein, on behalf <br> of herself and all others <br> similarly situated, <br><br> Plaintiffs, <br> v. <br><br> City of Evanston, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) No. 08 Cv 0083 <br> ) <br> ) Reply to Defendants' Memorandum <br> ) in Opposition to Plaintiff's Motion <br> ) for Class Certification <br> ) <br> ) Honorable Judge Ronald A. Guzman <br> ) Magistrate Judge Geraldine Soat Brown <br> ) <br> ) |

## NOTICE OF FILING

To:  Iain D. Johnston                Jack M. Siegel
     Johnston | Green, LLC           Holland + Knight, LLP
     542 South Dearborn Street - 1310    131 South Dearborn Street – 30th Floor
     Chicago, IL 60605-1503          Chicago, IL 60603-5517

Please take notice that on the 3rd day of June 2008, Victoria Kathrein, by and through her attorneys, Collins, Bargione & Vuckovich, caused to be filed with Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, this

**PLAINTIFF'S REPLY TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

which is to be delivered to the Honorable Magistrate Judge Geraldine Soat Brown, or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him, located at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, Court Room 1812, and a copy of which is served upon you.

Respectfully submitted,

/s/ Adrian M. Vuckovich
_____
Collins, Bargione & Vuckovich
One North LaSalle St. – Suite 300
Chicago, IL 60602-3908
(312) 372-7813
(312) 372-7840 fax

# CERTIFICATE OF SERVICE

Kathrein, et al. v. City of Evanston, et al.
08 – Cv – 0083

I hereby certify that I have on this 3rd day of June 2008, placed a true and exact copy of the following:

**PLAINTIFF'S REPLY TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

In the U.S. Mail, first class postage, prepaid, addressed to:

To:  Iain D. Johnston
Johnston | Green, LLC
542 South Dearborn Street - 1310
Chicago, IL 60605-1503
312.341.9720
312.341.0700 fax
*Attorneys for the Defendants*

Jack M. Siegel
Holland + Knight, LLP
131 South Dearborn Street – 30th Floor
Chicago, IL 60603-5517
312.578.6530
312.548.6666 fax
*Attorneys for the Defendants*

/s/ Adrian M. Vuckovich
_____
Collins, Bargione & Vuckovich
One North LaSalle St. – Suite 300
Chicago, IL 60602-3908
(312) 372-7813
(312) 372-7840 fax

MICHAEL W. DOBBINS, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS