IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. KATHREIN *and* VICTORIA KATHREIN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EVANSTON, ILLINOIS, LORRAINE H. MORTON, Mayor, CHERYL WOLLIN, 1st Ward Alderman, City Council, LIONEL JEAN-BAPTISTE, 2nd Ward Alderman, City Council, MELISSA A. WYNNE, 3rd Ward Alderman, City Council, STEVEN J. BERNSTEIN, 4th Ward Alderman, City Council, DELORES A. HOLMES, 5th Ward Alderman, City Council, EDMUND B. MORAN, Jr., 6th Ward Alderman, City Council, ELIZABETH B. TISDAHL, 7th Ward Alderman, City Council, ANN RAINEY, 8th Ward Alderman, City Council, ANJANA HANSEN, 9th Ward Alderman, City Council,<br><br>Defendants. | 08 C 0083<br><br>**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**JUDGE RONALD A. GUZMAN**<br>**MAGISTRATE JUDGE GERALDINE SOAT BROWN** |

## NOTICE OF MOTION

TO:  Jack M. Siegel
       Iain D. Johnston
       Holland & Knight LLP
       131 South Dearborn Street
       30th Floor
       Chicago, Illinois 60603

PLEASE TAKE NOTICE THAT ON THE 20th DAY OF June 2008, at 9:45 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Geraldine Soat Brown, in Courtroom 1812 of the United States District Court for the Northern District of Illinois, Eastern Division 219 South Dearborn Street, Chicago, Illinois to present MOTION FOR LEAVE TO FILE ORIGINAL DECLARATION IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, a copy of which is attached and hereto served upon you.

s/Adrian M. Vuckovich

Adrian Vuckovich
Collins Bargione & Vuckovich
One North LaSalle Street
Suite 300
Chicago, Illinois 60602
312-372-7813

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

The undersigned certifies that she caused to be served the foregoing Notice of Motion by electronic filing with the United States District Court for the Northern District of Illinois, Eastern division before the hour of 5:00 p.m. on this 11 Day of JUNE, 2008.

s/Judy Sorrentino