**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael L Kathrein, et al.
                          Plaintiff,

v.                                                 Case No.: 1:08−cv−00083
                                                 Honorable Ronald A. Guzman

City of Evanston, Illinois, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown: Motion hearing held. Plaintiffs' motion for leave to file original declaration in support of plaintiffs' motion for class certification [49] is granted. Plaintiffs shall file an original signature of the declaration of Victoria Kathrein and original signature of the declaration of plaintiffs' counsel by end of day today, 06/20/08. This is not a ruling on the legal sufficiency of either document. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.