IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 2 0 2008 YM
6-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael Kathrein *and* )
Victoria Kathrein, on behalf )
of herself and all others ) No. 08 Cv 0083
similarly situated, )
          )
    Plaintiffs, )
v. ) Honorable Judge Ronald A. Guzman
) Magistrate Judge Geraldine Soat Brown
City of Evanston, *et al.*, )
          )
    Defendants. )
          )

### DECLARATION OF ADRIAN M. VUCKOVICH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

    I, Adrian M. Vuckovich, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the following statements are true and correct:

    1.    I am a lawyer licensed to practice In Illinois and the US District Court for the Northern District of Illinois, both since 1991.

    2.    I have been associated with the following class action cases: *Williams v. Water Tower Realty*, Case No. 07 CH 08508. (Class certification proposed. Case is pending representations of Defendant.)

    3.    I have been associated with the following Constitutional, condemnation, and/and use and municipal law cases. *Michael Rovell v. City of Lake Forest.* (U.S. District Court N. D. Ill., defended City Ordinance); *Beauty of Flowers v. Village of Des Plaines* (US Dist. Ct. N.D. Ill.) *Forest Preserve District for Cook County, Ill v. First National Bank of Evergreen Park*, 00 L

50772 (ck. City) Appeal No 04-1536 (pending); *The City of Palos Heights v. Ford City Bank et al.*, 91 CH 7912 (ck City), Appeal No. 94-2-443.

4. I have represented plaintiffs and defendants in various multi-party cases involving torts, commercial transactions, real estate issues, condemnation cases (challenging the taking not valuation) and attorney malpractice and conflict of interest issues. My practice for the last 17 years has consisted of litigation and appellate practice in Chicago and Lake County, Illinois.

5. I have performed extensive work in identifying and investigating the facts and claims in this action.

6. I am not employed by or related to any plaintiff.

7. Unless otherwise ordered by the Court, my law firm will assume all costs of this action, including the cost of notification of the class.

8. Pursuant to Rule 54(d)(2), I understand that if this lawsuit is successful, I must move the Court for reasonable attorney's fees and non-taxable costs to be paid from defendants' assets or funds recovered for the class, only authorized by law or as may be ordered by the Court.

9. I have not promised or guaranteed any relief or award to any plaintiff.

10. I will fairly and adequately represent and protect the interests of the putative class.

/s/ Adrian M. Vuckovich

ADRIAN M. VUCKOVICH
COLLINS BARGIONE & VUCKOVICH
ONE NORTH LA SALLE STREET
SUITE 300
CHICAGO, ILLINOIS 60602
312-272-7813
312-372-7840 - FAX