IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. KATHREIN *and* VICTORIA KATHREIN, on behalf of herself and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 0083 |
| v. | ) ) | |
| CITY OF EVANSTON, ILLINOIS, LORRAINE H. MORTON, Mayor, CHERYL WOLLIN, 1st Ward Alderman, City Council, LIONEL JEAN-BAPTISTE, 2nd Ward Alderman, City Council, MELISSA A. WYNNE, 3rd Ward Alderman, City Council, STEVEN J. BERNSTEIN, 4th Ward Alderman, City Council, DELORES A. HOLMES, 5th Ward Alderman, City Council, EDMUND B. MORAN, Jr., 6th Ward Alderman, City Council, ELIZABETH B. TISDAHL, 7th Ward Alderman, City Council, ANN RAINEY, 8th Ward Alderman, City Council, ANJANA HANSEN, 9th Ward Alderman, City Council, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Geraldine Soat Brown

**JUDGE RONALD A. GUZMAN**
**MAGISTRATE JUDGE SCHENKIER** |
| Defendants. | ) ) | |

FILED
JUN 2 0 2008 YM
6-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO:  Iain D. Johnston
Holland &Knight, LLP
131 South Dearborn Street
30th Floor
Chicago, Illinois 606063

     PLEASE TALE NOTICE that on the 20th Day of June, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, THE ORIGINAL DECLARATION OF VICTORIA KATHREIN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND THE ORIGINAL DECLARATION OF ADRIAN M. VUCKOVICH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, copies of which are attached.

By: _____
Attorney for Plaintiff Victoria Kathrein

ADRIAN VUCKOVICH
JAMES J. LESSMEISTER
COLLINS BARGIONE & VUCKOVICH
ONE NORTH LA SALLE STREET
SUITE 300
CHICAGO, ILLINOIS 60602
312-372-7813

## CERTIFICATE OF SERVICE

     The undersigned certified that she caused to be served the foregoing Notice of Filing of THE ORIGINAL DECLARATION OF VICTORIA KATHREIN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND THE ORIGINAL DECLARATION OF ADRIAN M. VUCKOVICH IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, to the above named and by depositing in the U.S. Mail at One North LaSalle Street, Suite 300, Chicago, Illinois 60602 before the hour of 5:00 p.m. on this 20th Day of June, 2008.

_____

SUBSCRIBED AND SWORN TO BEFORE
ME THIS 20TH DAY OF JUNE, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
VERNADINE LUMPKIN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08/12/10