**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael L Kathrein, et al.
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−00083
                                                      Honorable Ronald A. Guzman

City of Evanston, Illinois, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

    MINUTE entry before the Honorable Geraldine Soat Brown:Motion hearing held. For the reasons stated on the record, defendant may a supplemental response to plaintiffs' motion for class certification [32] by 9/15/08. If a response is filed by the defendant, plaintiffs may file a sur−reply by 10/06/08. Plaintiffs' motion for class certification [32] is taken under advisement.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.