## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Michael L Kathrein, et al.
                Plaintiff,

v.                                Case No.: 1:08–cv–00083
                                          Honorable Ronald A. Guzman

City of Evanston, Illinois, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

      MINUTE entry before the Honorable Geraldine Soat Brown:The minute order dated 07/02/08 is amended as follows: For the reasons stated on the record, defendant may file a supplemental response to plaintiffs' motion for class certification [32] by 9/15/08. Remainder of the order shall stand.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.