IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. KATHREIN and VICTORIA KATHREIN, ) ) ) | |
| Plaintiffs, ) ) | Case No. 08 C 0083 |
| v. ) ) ) | Judge Ronald Guzman<br>Magistrate Judge Soat Brown |
| CITY OF EVANSTON, ILLINOIS, et al., ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:  Michael Kathrein              Adrian M. Vuckovich
     Lee & Associates              James Jacob Lessmeister
     7601 N. Eastlake Terrace      Collins, Bargione & Vuckovich
     Chicago, IL 60626             One North LaSalle Street
                                   Suite 2235
                                   Chicago, IL 60602

**PLEASE TAKE NOTICE** that the undersigned shall appear on September 3, 2008 at 9:45 a.m., before the Honorable Judge Geraldine Soat Brown in Room 1812 of the U.S.D.C. Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL RESPONSE IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted by:

By: s/ Iain D. Johnston
    Attorney for Defendants

Iain Johnston
Johnston Greene LLC
542 S. Dearborn Street
Suite 1310
Chicago, IL 60605
Phone: (312) 341-3900
Fax: (312) 341-0700

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that true and correct copies of the foregoing **NOTICE OF MOTION** together with **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL RESPONSE IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION** were served on:

| | |
|---|---|
| Michael Kathrein | Adrian M. Vuckovich |
| Lee & Associates | James Jacob Lessmeister |
| 7601 N. Eastlake Terrace | Collins, Bargione & Vuckovich |
| Chicago, IL 60626 | One North LaSalle Street |
| | Suite 2235 |
| | Chicago, IL 60602 |

on August 26, 2008 via the CM/ECF system.

s/ Iain D. Johnston