**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael L Kathrein, et al.
                              Plaintiff,

v.                                          Case No.: 1:08−cv−00083
                                            Honorable Ronald A. Guzman

City of Evanston, Illinois, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 28, 2008:

    MINUTE entry before the Honorable Geraldine Soat Brown: Defendants' motion for extension of time to file supplemental response [60] is granted. Defendants' supplemental response to plaintiffs' motion for class certification [32] shall be filed by 10/05/08. Any sur−reply by plaintiffs shall be field by 11/07/08. Final Extension. Motion hearing set for 09/03/08 is stricken.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.